# EXHIBIT "1"

# EXHIBIT "1"

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 3,628,355
Registered May 26, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# FUEL

MOBILE HI-TECH WHEELS (CALIFORNIA CORPORATION)
12300 INDUSTRY STREET
GARDEN GROVE, CA 92841

FOR: AUTOMOBILE WHEELS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-21-2008; IN COMMERCE 11-21-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-437,823, FILED 4-2-2008.

NORA BUCHANAN WILL, EXAMINING ATTORNEY