# EXHIBIT "2"

# EXHIBIT "2"



# FUEL

| | |
|---|---|
| **Reg. No. 4,183,871** | MOBILE HI-TECH WHEELS (CALIFORNIA CORPORATION) |
| **Registered July 31, 2012** | 19200 SOUTH REYES AVENUE<br>RANCHO DOMINGUEZ, CA 90221 |
| **Int. Cl.: 12** | FOR: TIRES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44). |
| **TRADEMARK** | FIRST USE 4-26-2012; IN COMMERCE 4-26-2012. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 3,628,355. |
| | SN 85-156,324, FILED 10-19-2010. |
| | LINDA MICKLEBURGH, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office