# EXHIBIT "3"

# EXHIBIT "3"

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,401,312**  
**Registered Feb. 13, 2018**  
**Int. Cl.: 12**  
**Trademark**  
**Principal Register**

MOBILE HI-TECH WHEELS (CALIFORNIA CORPORATION)  
19200 South Reyes Avenue  
Rancho Dominguez, CALIFORNIA 90221

CLASS 12: VEHICLE WHEELS

FIRST USE 4-2-2008; IN COMMERCE 4-2-2008

The mark consists of the letter "F" in stylized font.

SER. NO. 87-540,636, FILED 07-24-2017

Director of the United States Patent and Trademark Office