# EXHIBIT "4"

# EXHIBIT "4"

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,176,630**

**Registered Oct. 13, 2020**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

Wheel Pros, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
5347 S. Valentia Way
Suite 200
Greenwood Village, COLORADO 80111

CLASS 12: Automotive vehicle wheels and components thereof, namely, hub caps, center caps, decorative wheel spokes, decorative wheel face attachments

FIRST USE 5-31-2016; IN COMMERCE 5-31-2016

The mark consists of an overall octagon shape within which is a stylized letter "F" located on the left and top sides and across the middle, stopping short of the right side because the term "FUEL" is located across the bottom to right sides of the octagon.

OWNER OF U.S. REG. NO. 3628355, 4183871, 5401312

SER. NO. 88-720,521, FILED 12-09-2019



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

