# EXHIBIT "5"

**EXHIBIT "5"**



US00D937171S

(12) **United States Design Patent** (10) Patent No.: **US D937,171 S**
Henderson                                    (45) Date of Patent: ** Nov. 30, 2021

(54) **WHEEL**

(71) Applicant: **Wheel Pros, LLC**, Greenwood Village, CO (US)

(72) Inventor: **Brian Henderson**, Buena Park, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/704,164**

(22) Filed: **Sep. 3, 2019**

(51) LOC (13) Cl. ............................................. 12-16
(52) U.S. Cl.
       USPC ...................................................... D12/209
(58) Field of Classification Search
       USPC ........................... D12/204–213; D21/563
       CPC .... B60B 7/00; B60B 7/02; B60B 7/04; B60B 7/01; B60B 7/06; B60B 3/02; B60B 3/04; B60B 3/06; B60B 3/10; B60B 1/00; B60B 1/08; B60B 1/10; B60B 1/12
       See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D291,796 S | 9/1987 | Reid | |
| D361,975 S | 9/1995 | Weld | |
| D391,216 S | 2/1998 | Ballmann | |
| D408,775 S | 4/1999 | Shikado | |
| D453,492 S | 2/2002 | Laengerer | |
| D454,528 S * | 3/2002 | Brown | D12/209 |
| D455,698 S | 4/2002 | Chung | |
| D464,308 S * | 10/2002 | Chung | D12/209 |
| D467,212 S | 12/2002 | Noriega | |
| D470,094 S | 2/2003 | van Hooydonk | |
| D480,036 S | 9/2003 | Laengerer | |
| D482,996 S | 12/2003 | Sulahian | |
| D492,925 S | 7/2004 | Fitzgerald | |
| D496,317 S | 9/2004 | Kataoka | |
| D499,684 S | 12/2004 | Cheng | |
| D502,438 S * | 3/2005 | Weld | D12/211 |
| D504,859 S | 5/2005 | Sulahian | |
| D505,374 S | 5/2005 | Aleman | |
| D510,307 S | 10/2005 | Howes | |
| D523,797 S | 6/2006 | Gallert | |
| D524,212 S | 7/2006 | Phillips | |
| D524,220 S | 7/2006 | Scheu | |
| D528,495 S | 9/2006 | Truebsbach | |
| D542,209 S | 5/2007 | Pfeiffer | |
| D547,709 S * | 7/2007 | James | D12/209 |
| D549,148 S | 8/2007 | Buschmann | |
| D550,138 S * | 9/2007 | Walbey, Jr. | D12/209 |
| D569,777 S | 5/2008 | Chung | |
| D575,218 S * | 8/2008 | Desmond | D12/209 |
| D577,650 S | 9/2008 | Chung | |
| D579,845 S | 11/2008 | Chung | |
| D582,831 S | 12/2008 | Musser | |
| D590,758 S * | 4/2009 | Chen | D12/209 |
| D598,357 S | 8/2009 | Chung | |
| D613,227 S * | 4/2010 | Mueller-Stolz | D12/209 |
| D617,723 S | 6/2010 | Zhao | |
| D622,651 S * | 8/2010 | Zhao | D12/209 |
| D623,109 S | 9/2010 | Markefka | |
| D635,903 S | 4/2011 | Zhang | |
| D642,106 S * | 7/2011 | Antoniadis | D12/209 |
| D654,007 S | 2/2012 | Nissl | |

(Continued)

*Primary Examiner* — Stacia A Cadmus
(74) *Attorney, Agent, or Firm* — Eric Hanscom

(57) **CLAIM**

The ornamental design for a wheel, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a wheel showing my new design; and,
FIG. 2 is a front view thereof.
In the drawings the broken lines depict portions of the wheel that form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D654,420 S | 2/2012 | Guay |
| D660,771 S | 5/2012 | Mueller-Stolz |
| D661,238 S * | 6/2012 | Chan .................... D12/209 |
| D669,009 S | 10/2012 | Chung |
| D686,961 S | 7/2013 | Chung |
| D695,193 S | 12/2013 | Kong |
| D698,298 S | 1/2014 | Cortes |
| D698,300 S | 1/2014 | Chung |
| D702,172 S | 4/2014 | Chung |
| D704,117 S | 5/2014 | Chung |
| D704,617 S | 5/2014 | Chung |
| D706,197 S | 6/2014 | Chung |
| D707,167 S | 6/2014 | Chung |
| D709,020 S | 7/2014 | Chung |
| D711,304 S * | 8/2014 | Chung .................... D12/209 |
| D713,316 S | 9/2014 | Song |
| D714,207 S | 9/2014 | Kim |
| D717,709 S | 11/2014 | Valencia Pollex |
| D719,893 S | 12/2014 | Kim |
| D726,620 S * | 4/2015 | Lickliter .................... D12/209 |
| D731,946 S | 6/2015 | Chung |
| D742,293 S | 11/2015 | Chung |
| D753,046 S | 4/2016 | Liffick |
| D756,882 S | 5/2016 | Tirado |
| D758,276 S * | 6/2016 | Lickliter .................... D12/209 |
| D758,948 S * | 6/2016 | Trpinac .................... D12/211 |
| D766,805 S | 9/2016 | Chung |
| D769,785 S | 10/2016 | Wells |
| D780,655 S | 3/2017 | Trim |
| D787,405 S * | 5/2017 | Nakamura .................... D12/209 |
| D792,304 S * | 7/2017 | Pugh .................... D12/209 |
| D798,786 S | 10/2017 | Chung |
| D798,789 S | 10/2017 | Kong |
| D799,395 S | 10/2017 | Chung |
| D800,633 S | 10/2017 | Kong |
| D802,512 S | 11/2017 | Kong |
| D805,454 S | 12/2017 | Kong |
| D805,455 S | 12/2017 | Kong |
| D807,805 S | 1/2018 | Caldwell |
| D808,876 S | 1/2018 | Caldwell |
| D817,845 S | 5/2018 | Guidry |
| D821,284 S | 6/2018 | Tran |
| D824,316 S | 7/2018 | Tran |
| D826,827 S | 8/2018 | Tran |
| D833,360 S | 11/2018 | Kong |
| D835,023 S | 12/2018 | Tran |
| D838,223 S | 1/2019 | Chung |
| D840,900 S | 2/2019 | Lickliter |
| D840,901 S | 2/2019 | Lickliter |
| D840,902 S | 2/2019 | Lickliter |
| D849,655 S | 5/2019 | Kong |
| D850,349 S | 6/2019 | Lickliter |
| D852,706 S | 7/2019 | Tran |
| D853,303 S * | 7/2019 | Kong .................... D12/209 |
| D856,249 S * | 8/2019 | Haney .................... D12/209 |
| D860,899 S | 9/2019 | Lickliter |
| D860,900 S | 9/2019 | Lickliter |
| D860,901 S | 9/2019 | Lickliter |
| D862,341 S | 10/2019 | Kong |
| D866,436 S * | 11/2019 | Interrante .................... D12/209 |
| D893,386 S | 8/2020 | Chung |
| D896,729 S | 9/2020 | Chung |
| D897,926 S | 10/2020 | Chung |
| D899,999 S | 10/2020 | Kong |
| D902,820 S * | 11/2020 | Han .................... D12/209 |
| D904,271 S | 12/2020 | Henderson |
| D904,272 S | 12/2020 | Lickliter |
| D909,272 S | 2/2021 | Chung |
| D910,525 S | 2/2021 | Tran |
| D911,245 S | 2/2021 | Chung |
| D912,589 S | 3/2021 | Hale, Jr. |
| D912,591 S | 3/2021 | Tran |
| D918,810 S | 5/2021 | Lickliter |
| D918,816 S * | 5/2021 | VanRyn .................... D12/209 |
| D922,928 S | 6/2021 | Kong |
| D927,386 S | 8/2021 | Lickliter |
| D929,290 S * | 8/2021 | Mukti .................... D12/209 |
| D929,926 S * | 9/2021 | Chang .................... D12/209 |

* cited by examiner



**FIG. 1**



**FIG. 2**