AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-23-2242-PHX-SRB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jiangxi Rayone Wheels Technology Company Ltd
was received by me on *(date)*  October 30, 2023.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   I served the summons and complaint on James Huang, General Manager of Jiangxi Rayone Wheels Technology Company Ltd, by hand delivery, in Las Vegas, Nevada in accordance with FRCP 4 and Nev. R. Civ. P. 4.2 on October 31, 2023.

My fees are $  -0-  for travel and $  -0-  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  October 31, 2023

/s/ Neil D. Greenstein
*Server's signature*

Neil D. Greenstein, Attorney
*Printed name and title*

1934 Old Gallows Road, #350
Vienna, Virginia 22182

*Server's address*

Additional information regarding attempted service, etc: